AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

314 Nicholson Street NW, Washington DC

**SEARCH WARRANT**

CASE NUMBER: 08-248-M-01

TO:  Todd Brackhahn, Special Agent   and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Todd Brackhahn, Special Agent   who has reason to believe that
(name, description and or location)
**314 Nicholson Street, NW; Washington, DC; an attached town home, three story residence with red brick veneer, a dark colored shingle pitched roof, the front door is covered by a white wrought iron screen door, white trim, white gutters, and white shutters. The location to be searched has a metal chain link fence around the back of the house.**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**See Attached Affidavit**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ____APR 18 2008____
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

APR 9 2008

Date and Time Issued        ALAN KAY

at Washington, D.C.

Name and Title of Judicial Officer        Signature of Judicial Officer

ALAN KAY

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>04/09/2008 | DATE AND TIME WARRANT EXECUTED<br>04/09/2008  4:30 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Roslyn Taylor |
| INVENTORY MADE IN THE PRESENCE OF | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br><br>See attached DEA 12s. | | |

**FILED**

APR 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____      4/16/08
U S Judge or Magistrate           Date

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

| FILE NO. | G-DEP IDENTIFIER |
|---|---|
| C0-07-0192 | |

FILE TITLE

DATE: 4/9/08

DIVISION/DISTRICT OFFICE

PAGE 2 OF 2

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| | $1,055 U.S. Currency — 1PC | |
| — | $1,515 U.S. Currency | |
| — | Hand written phone list | |
| — | May give the name of Medley | |
| — | Money Order Receipts | |
| — | Assorted Documents and Travel Receipts | |
| — | Verizon Cell Phone | |

RECEIVED BY (Signature)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type): Todd Stockwell, Special Agent

NAME AND TITLE (Print or Type): Roslyn Taylor

FORM DEA-12 (9-00) *Previous editions obsolete*      Electronic Form Version Designed in JetForm 5.2 Version

FORM DEA-12 (9-00) *Previous editions obsolete*

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**

# RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

| FILE NO | G-DEP IDENTIFIER |
|---|---|
| FILE TITLE | |
| DATE | |

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| | | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)

Electronic Form Version Designed in JetForm 5.2 Version